McGAUGHEY,
*Respondent,*

*v.*

McGAUGHEY,
*Appellant.*

(No. 37-947, CA 16379)

626 P2d 964

Larry A. Brisbee, Hillsboro, argued the cause and filed the brief for appellant.

Brad Littlefield, Portland, argued the cause for respondent. With him on the brief was Goldsmith, Siegel, Engel & Littlefield, Portland.

Before Gillette, Presiding Judge, and Roberts, Judge, and Campbell, Judge Pro Tempore.

PER CURIAM.

**PER CURIAM.**

After *de novo* review of this matter, and in light of the burden of proof imposed by virtue of the pleadings, we are of the view that the trial court's disposition of this case was proper on both the law and the facts.

Affirmed.